PLAINTIFF;        '11 - CV - 0 2 7 7 9

Bret Ingersoll,
Appearing in propia persona, in forma pauperis.

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2011 OCT 25  AM 10: 28

GREGORY C. LANGHAM
CLERK

BY_____DEP. CLK

DEFENDANTS;

A. El Paso County, Child Support Enforcement Unit, for depriving me of property "under color of state statute, ordinance, regulation, custom or usage, and for conspiring with defendants to deprive me of several Rights, protected by the supreme Law of the Land.

B. City of Denver, Denver Police Department, for depriving me of property "under color of state statute, ordinance, regulation, custom or usage, and for conspiring with defendants to deprive me of several Rights, protected by the supreme Law of the Land.

C. State of Colorado, Department of Revenue, Driver's License Bureau, for depriving me of property "under color of state statute, ordinance, regulation, custom or usage, and for conspiring with defendants to deprive me of several Rights, protected by the supreme Law of the Land.

D. State of Colorado, Department of Motor Vehicles, License and Registration Bureau, for conspiracy depriving me of property "under color of state statute, ordinance, regulation, custom or usage, and for conspiring with defendants to deprive me of several Rights, protected by the supreme Law of the Land.

E. IRS -Federal Income Tax, for depriving me of property "under color of state statute, ordinance, regulation, custom or usage, and for conspiring with defendants to deprive me of several Rights, protected by the supreme Law of the Land.

F. State of Colorado, Department of Revenue, Tax Division, for depriving me of property "under color of state statute, ordinance, regulation, custom or usage, and for conspiring with defendants to deprive me of several Rights, protected by the supreme Law of the Land.

G. Ms. Bobbie Brown , who profited by their illegal acts, sharing in the proceeds of unlawful activity, while helping to conceal and thereby furthering the object of the conspiracy.

H. +8 "John Doe" El Paso County CSU 'case workers,' co-conspirators who forged notice of garnishment & child support Orders and then passed them repeatedly to extort so much money over my monthly Order from my employers. Their signatures will appear on those forgeries, which may uncover and implicate more, and for depriving me of property "under color of state statute, ordinance, regulation, custom or usage, and for conspiring with defendants to deprive me of several Rights, protected by the supreme Law of the Land.

I. +1 "John Doe" El Paso CSE 'case worker,' who denied my motion to modify, or who falsely represented my income so as to get modification denied. For depriving me of property "under color of state statute, ordinance, regulation, custom or usage, and for conspiring with defendants to deprive me of several Rights, protected by the supreme Law of the Land.

J. +1 "John Doe" Denver Policeman, responsible for the theft of a 1999 Honda Accord, who denied me my rights in property and aided in the destruction/sale of my private automobile. For depriving me of property "under color of state statute, ordinance, regulation, custom or usage, and for conspiring with defendants to deprive me of several Rights, protected by the supreme Law of the Land.

K. +1 "John Doe" DMV official, who suspended my license, thereby misrepresenting my Constitutional Right to locomote, seek, obtain, own, protect, and transport my property "unhampered." For depriving me of property "under color of state statute, ordinance, regulation, custom or usage, and for conspiring with defendants to deprive me of several Rights, protected by the supreme Law of the Land.

L. State of Colorado, Department of Labor /Unemployment for facilitating the means by which all the co-conspirators were able to network their unlawful actions against me, along with the DMV to police link.

M. The creator of the automated system that is responsible for all the 'flags'. That allow for my name to pop up, even after all my support for the month has been paid.

N. State of Colorado, Department of Human Services, for receiving Federal incentives to continue these Mob style shakedowns and fleecing of Colorado citizens. For depriving me of property "under color of state statute, ordinance, regulation, custom or usage, and for conspiring with defendants to deprive me of several Rights, protected by the supreme Law of the Land.

O. The Judge, who refused to protect my constitutional rights and allowed for the destruction of my private auto, although it was within his power to do so. For depriving me of property "under color of state statute, ordinance, regulation, custom or usage, and for conspiring with defendants to deprive me of several Rights, protected by the supreme Law of the Land.

P. The Family Support Registry, as this corporation is the trustee, responsible for opening, holding, and dispersing and thereby profitting by, the proceeds of specified unlawful activity, whereby the Child Support Enforcement Unit hides same, all so defendants continue to profit by these unlawful, unconstitutional acts.

Q. Reggie Bicha, Executive Director of the State of Colorado, Department of Human Services, For depriving me of property "under color of state statute, ordinance, regulation, custom or usage, and for conspiring with defendants to deprive me of several Rights, protected by the supreme Law of the Land.

S. Rob Wells, President, YoungWilliams Child Support Services, For depriving me of property "under color of state statute, ordinance, regulation, custom or usage, and for conspiring with defendants to deprive me of several Rights, protected by the supreme Law of the Land.

1.      Comes now the Plaintiff above named in his own natural person and complains against Defendants above, in their personal capacity,  named for depriving Plaintiff of constitutional rights under color of State Law, custom or usage, conspiracy to so deprive and/or failure, neglect or refusal to protect plaintiff from said conspiracy although it was within the power to do so. Add to this theft, extortion, racketeering, money laundering, coersion, armed assault, mail and wire fraud, forgery, and you get a picture far from the intent of the founders of our form of government.

Jurisdiction

2.      This Court has jurisdiction under 28 USC 1343 (1), (2), (3), and (4) and under 18 USC 1983, 1985.

3.      Plaintiff and Defendants named, are citizens and residents of the State of Colorado. Defendants are employees of the State of Colorado, and The County of El Paso, and City of Denver.

It has come to my attention via several legal and constitutional sources that the State of Colorado, through and by the El Paso County Department of Human Services, Child Support Enforcement Unit, the Family Support Registry, the Department of Motor Vehicles and in this case the Denver Police Department, is illegally and unconstitutionally enforcing Child Support, Motor Vehicle statutes, and violating Orders from their own Courts.

Complaint for Monetary, Declaratory, and Injunctive Relief;

and Memorandum of Law, Affidavit of Truth, Actual and Constructive Notice,

I, Bret Ingersoll, contend that the State of Colorado and "case workers" from El Paso County Child Support Enforcement division, has been illegally, unconstitutionally, and negligently, enforcing child support laws, forging copies of several Court documents, to

wit; a judgment, notices to withhold, and "suspension notices", with the intent to force a number of my employers to believe they must "withhold " the full judgment, even though they have sent 7 other 'copies' to 7 other employers. They have also added unemployment to this RICO conspiracy, as they also have "withheld" the full order, and Colorado Department of Motor Vehicles, for suspending my license, and Denver Police Department, and the Judge, for stealing/destroying my car. They have also interfered with my case, misrepresenting my income so as to violate my right to modify based on a 10% or more change in my income.

So now Global Exhibition Services gets a 457.00 per month "garnishment".

So now Freeman Exhibition Services gets a 457.00 per month "garnishment"

So now Brede Exhibition Services gets a 457.00 per month "garnishment"

Champion Exhibition Services gets a 457.00 per month "garnishment"

N 'th Degree gets a 457.00 per month "garnishment"

Renaissance gets a 457.00 per month "garnishment"

And unemployment gets a 457.00 per month "garnishment"

And my state and federal taxes gets a 100% "garnishment"

As I am still employed by all these employers, this has led to sometimes up to 2200.00 per month being taken from me. I requested a payment history from CSE and in the last 2 years, in all the months they took payments, they have taken 2 to 6 times my monthly order!

That my monthly child support amount of $457.00 is in violation of Colorado revised statute 14-10-115, and has been in violation of the statute since December of 2008, when I was laid off from work, as this caused more than a 10% decrease in my monthly income. A Motion to Modify the Order was denied me in violation of my right to access to the courts. I contend that this was done intentionally, so that the CSE unit could continue collecting in excess amount, in violation of law. CSE have been grossly over exaggerating my arrears, as my monthly support should be $50.00 per month when I don't make over $850.00 a month, as stated in C.R.S. 14-10-115, yet they continue to tally $457.00/month. In order to take $1600.00 over my monthly Order, I would need to be $38,000.00 in arrears, as 1/24th of my arrears, as a monthly payment in a 24 month period is the limit by law.

This has led me to lose a 1998 Chevy Suburban. I have also lost everything that I possessed that was in my house, around 20,000.00 in property. I have been forced by these deprivations to live on the streets, unable to scrape enough money in addition to survival to, obtain and continue paying on, a lease.

They, the CSE, issue "non-compliance" letters to another of the RICO act conspirators, the Department of Motor Vehicles, and they suspend my license, which case law proves I don't need to lawfully operate a private automobile for personal use.

This then gets broadcasted by computer to Denver Police Department, another co-conspirator, who then illegally and unconstitutionally, obstructs my right to travel "unhampered," steals my car by armed force, therefore depriving me of my Right to possess property, a 99 Honda Accord, for "driving without a license due to child support non-compliance". As I never consented to the deprivation, and I never received "just compensation," and my car is not a "public way of necessity," this is in direct violation of the Colorado Constitution.

That in March 2011, 10 payments were taken from me totaling $2100.48.  That's is 9 extra payments totaling $1643.48 over an already unconstitutional amount of 457.00

That in November 2010, 12 payments were taken from me totaling $2089.00. That is 11 extra payments totaling 1632.75 over an already unconstitutional amount of 457.00.

In June 2010, 5 payments were taken from me totaling $1020.00. That is 3 extra payments totaling $563.00 over an already unconstitutional amount of 457.00.

In May 2010, 4 payments totaling $816.00 were taken from me. That's 3 payments over totaling $359.00 over an already unconstitutional amount of 457.00

In April 2010, 4 payments totaling $816.00 were taken from me. That's 3 payments over totaling $359.00 over an unconstitutional amount of 457.00.

In March 2010, 8 payments totaling $1478.00 were taken from me. That's 7 payments over totaling $1021.00 over an unconstitutional amount of 457.00.

In February 2010, 5 payments totaling $816.00 were taken from me. That's 4 payments over totaling $359.00 over an already unconstitutional amount of 457.00.

I contend that 40 payments totaling $5937.23 was taken from me in violation of the U.S. Constitution, the 4th Amendment, and money laundering statute 18 USC 1956, money laundering, which they used my daughter, Josie Ingersoll's, name to conceal the fact that the money was illegitimately stolen from Plaintiff in the name of Child Support, and that the use of threats and forged court documents to my employers has allowed them to continue this scheme for over 2 years.

## Case Law in Support

### C.R.S. 10-10-115

**"(D) In any circumstance in which the obligator's monthly adjusted gross income is less than $850.00, regardless of the monthly adjusted income of the obligee, the obligator shall be ordered to pay $50.00 per month in child support.**

**And,**
**(II) "Gross income" does not include:**
    **(A) Child support payments received;**
    **(B) Benefits received from means-tested public assistance programs, including but not limited to assistance provided under the Colorado works program, as described in part 7 of article 2 of title 26, C.R.S., supplemental security income, food stamps, and general assistance;**
    **(C) Income from additional jobs that result in the employment of obligor more than forty hours per week, or more than what would otherwise be considered to be fulltime employment.**

Colorado Revised Statute
18-4-401 Theft
(1) A person commits theft when he knowingly obtains or exercises control over anything of value of another without authorization, or by threat or deception, and:

(a) Intends to deprive the other person permanently of the use or benefit of the thing of value; or

(b) Knowingly uses, conceals, or abandons the thing of value in such manner as to deprive the other person permanently of its use or benefit; or

(c) Uses, conceals, or abandons the thing of value intending that such use, concealment, or abandonment will deprive the other person permanently of its use and benefit; or

(d) Demands any consideration to which he is not legally entitled as a condition of restoring the thing of value to the other person.

(1.5) For the purposes of this section, a thing of value is that of "another" if anyone other than the defendant has a possessory or proprietary interest therein.

(2) Theft is:

(a) (Deleted by amendment, L. 2007, p. 1690, § 3, effective July 1, 2007.)

(b) A class 2 misdemeanor if the value of the thing involved is less than five hundred dollars;

(b.5) A class 1 misdemeanor if the value of the thing involved is five hundred dollars or more but less than one thousand dollars;

(c) A class 4 felony if the value of the thing involved is one thousand dollars or more but less than twenty thousand dollars;

(d) A class 3 felony if the value of the thing involved is twenty thousand dollars or more.

(3) and (3.1) Repealed.

(4) (a) When a person commits theft twice or more within a period of six months, two or more of the thefts may be aggregated and charged in a single count, in which event the thefts so aggregated and charged shall constitute a single offense, and, if the aggregate value of the things involved is one thousand dollars or more but less than twenty thousand dollars, it is a class 4 felony; however, if the aggregate value of the things involved is twenty thousand dollars or more, it is a class 3 felony.

(b) When a person commits theft twice or more against the same person pursuant to one scheme or course of conduct, the thefts may be aggregated and charged in a single count, in which event they shall constitute a single offense, and, if the aggregate value of the things involved is one thousand dollars or more but less than twenty thousand dollars, it is a class 4 felony; however, if the aggregate value of the things involved is twenty thousand dollars or more, it is a class 3 felony.

(5) Theft from the person of another by means other than the use of force, threat, or intimidation is a class 5 felony without regard to the value of the thing taken.

(6) In every indictment or information charging a violation of this section, it shall be sufficient to allege that, on or about a day certain, the defendant committed the crime of theft by unlawfully taking a thing or things of value of a person or persons named in the indictment or information. The prosecuting attorney shall at the request of the defendant provide a bill of particulars.

(7) Repealed.

(8) A municipality shall have concurrent power to prohibit theft, by ordinance, where the value of the thing involved is less than one thousand dollars.

(9) (a) If a person is convicted of or pleads guilty or nolo contendere to theft by deception and the underlying factual basis of the case involves the mortgage lending process, a minimum fine of the amount of pecuniary harm resulting from the theft shall be mandatory, in addition to any other penalty the court may impose.

(b) A court shall not accept a plea of guilty or nolo contendere to another offense from a person charged with a violation of this section that involves the mortgage lending process unless the plea agreement contains an order of restitution in accordance with part 6 of article 1.3 of this title that compensates the victim for any costs to the victim caused by the offense.

(c) The district attorneys and the attorney general have concurrent jurisdiction to investigate and prosecute a violation of this section that involves making false statements or filing or facilitating the use of a document known to contain a false statement or material omission relied upon by another person in the mortgage lending process.

(d) Documents involved in the mortgage lending process include, but are not limited to, uniform residential loan applications or other loan applications; appraisal reports; HUD-1 settlement statements; supporting personal documentation for loan applications such as W-2 forms, verifications of income and employment, bank statements, tax returns, and payroll stubs; and any required disclosures.

(e) For the purposes of this subsection (9):

(I) "Mortgage lending process" means the process through which a person seeks or obtains a residential mortgage loan, including, without limitation, solicitation, application, or origination; negotiation of terms; third-party provider services; underwriting; signing and closing; funding of the loan; and perfecting and releasing the mortgage.

(II) "Residential mortgage loan" means a loan or agreement to extend credit, made to a person and secured by a mortgage or lien on residential real property, including, but not limited to, the refinancing or renewal of a loan secured by residential real property.

(III) "Residential real property" means real property used as a residence and containing no more than four families housed separately.


28 USC § 1343. CIVIL RIGHTS AND ELECTIVE FRANCHISE

(a) The district courts shall have original jurisdiction of any civil action authorized by law to be commenced by any person:

(1) To recover damages for injury to his person or property, or because of the deprivation of any right or privilege of a citizen of the United States, by any act done in furtherance of any conspiracy mentioned in section 1985 of Title 42;

(2) To recover damages from any person who fails to prevent or to aid in preventing any wrongs mentioned in section 1985 of Title 42 which he had knowledge were about to occur and power to prevent;

(3) To redress the deprivation, under color of any State law, statute, ordinance, regulation, custom or usage, of any right, privilege or immunity secured by the Constitution of the United States or by any Act of Congress providing for equal rights of citizens or of all persons within the jurisdiction of the United States;

(4) To recover damages or to secure equitable or other relief under any Act of Congress providing for the protection of civil rights, including the right to vote.

(b) For purposes of this section

(1) the District of Columbia shall be considered to be a State; and

(2) any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia.

42 USC § 1981. Equal rights under the law

(a) Statement of equal rights ;

All persons within the jurisdiction of the United States shall have the same right in every State and Territory to make and enforce contracts, to sue, be parties, give evidence, and to the full and equal benefit of all laws and proceedings for the security of persons and property as is enjoyed by white citizens, and shall be subject to like punishment, pains, penalties, taxes, licenses, and exactions of every kind, and to no other.

(b) "Make and enforce contracts" defined

For purposes of this section, the term "make and enforce contracts" includes the making, performance, modification, and termination of contracts, and the enjoyment of all benefits, privileges, terms, and conditions of the contractual relationship.

(c) Protection against impairment

The rights protected by this section are protected against impairment by nongovernmental discrimination and impairment under color of State law.

42 USC § 1982. Property rights of citizens

All citizens of the United States shall have the same right, in every State and Territory, as is enjoyed by white citizens thereof to inherit, purchase, lease, sell, hold, and convey real and personal property.

TITLE 42 > CHAPTER 21 > SUBCHAPTER I > § 1983. Civil action for deprivation of rights

Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the

deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia

42 USC 1986 Conspiracy against Rights

3) Depriving persons of rights or privileges

If two or more persons in any State or Territory conspire or go in disguise on the highway or on the premises of another, for the purpose of depriving, either directly or indirectly, any person or class of persons of the equal protection of the laws, or of equal privileges and immunities under the laws; or for the purpose of preventing or hindering the constituted authorities of any State or Territory from giving or securing to all persons within such State or Territory the equal protection of the laws; or if two or more persons conspire to prevent by force, intimidation, or threat, any citizen who is lawfully entitled to vote, from giving his support or advocacy in a legal manner, toward or in favor of the election of any lawfully qualified person as an elector for President or Vice President, or as a Member of Congress of the United States; or to injure any citizen in person or property on account of such support or advocacy; in any case of conspiracy set forth in this section, if one or more persons engaged therein do, or cause to be done, any act in furtherance of the object of such conspiracy, whereby another is injured in his person or property, or deprived of having and exercising any right or privilege of a citizen of the United States, the party so injured or deprived may have an action for the recovery of damages occasioned by such injury or deprivation, against any one or more of the conspirators.

42 USC 1987-prosecuting offenses,

The United States attorneys, marshals, and deputy marshals, the United States magistrate judges appointed by the district and territorial courts, with power to arrest, imprison, or bail offenders, and every other officer who is especially empowered by the President, are authorized and required, at the expense of the United States, to institute prosecutions against all persons violating any of the provisions of section 1990 of this title or of sections 5506 to 5516 and 5518 to 5532 of the Revised Statutes, and to cause such persons to be arrested, and imprisoned or bailed, for trial before the court of the United States or the territorial court having cognizance of the offense.

1988. Proceedings in vindication of civil rights
(a) Applicability of statutory and common law

The jurisdiction in civil and criminal matters conferred on the district courts by the provisions of titles 13, 24, and 70 of the Revised Statutes for the protection of all persons

in the United States in their civil rights, and for their vindication, shall be exercised and enforced in conformity with the laws of the United States, so far as such laws are suitable to carry the same into effect; but in all cases where they are not adapted to the object, or are deficient in the provisions necessary to furnish suitable remedies and punish offenses against law, the common law, as modified and changed by the constitution and statutes of the State wherein the court having jurisdiction of such civil or criminal cause is held, so far as the same is not inconsistent with the Constitution and laws of the United States, shall be extended to and govern the said courts in the trial and disposition of the cause, and, if it is of a criminal nature, in the infliction of punishment on the party found guilty.

(b) Attorney's fees

In any action or proceeding to enforce a provision of sections 1981, 1981a, 1982, 1983, 1985, and 1986 of this title, title IX of Public Law 92–318 [20 U.S.C. 1681 et seq.], the Religious Freedom Restoration Act of 1993 [42 U.S.C. 2000bb et seq.], the Religious Land Use and Institutionalized Persons Act of 2000 [42 U.S.C. 2000cc et seq.], title VI of the Civil Rights Act of 1964 [42 U.S.C. 2000d et seq.], or section 13981 of this title, the court, in its discretion, may allow the prevailing party, other than the United States, a reasonable attorney's fee as part of the costs, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity such officer shall not be held liable for any costs, including attorney's fees, unless such action was clearly in excess of such officer's jurisdiction.

(c) Expert fees

In awarding an attorney's fee under subsection (b) of this section in any action or proceeding to enforce a provision of section 1981 or 1981a of this title, the court, in its discretion, may include expert fees as part of the attorney's fee

TITLE 42 > CHAPTER 21 > SUBCHAPTER V > § 2000d–7. Civil rights remedies equalization
(a) General provision

(1) ▯ A State shall not be immune under the Eleventh Amendment of the Constitution of the United States from suit in Federal court for a violation of section 504 of the Rehabilitation Act of 1973 [29 U.S.C. 794], title IX of the Education Amendments of 1972 [20 U.S.C. 1681 et seq.], the Age Discrimination Act of 1975 [42 U.S.C. 6101 et seq.], title VI of the Civil Rights Act of 1964 [42 U.S.C. 2000d et seq.], or the provisions of any other Federal statute prohibiting discrimination by recipients of Federal financial assistance.

Title 42
Parallel authorities (CFR)

(2) ▯ In a suit against a State for a violation of a statute referred to in paragraph (1), remedies (including remedies both at law and in equity) are available for such a violation

to the same extent as such remedies are available for such a violation in the suit against any public or private entity other than a State.

(b) Effective date

The provisions of subsection (a) of this section shall take effect with respect to violations that occur in whole or in part after October 21, 1986.

1956. Laundering of monetary instruments(a)

(1) ▯ Whoever, knowing that the property involved in a financial transaction represents the proceeds of some form of unlawful activity, conducts or attempts to conduct such a financial transaction which in fact involves the proceeds of specified unlawful activity—
(A)
(i) ▯ with the intent to promote the carrying on of specified unlawful activity; or
(ii) ▯ with intent to engage in conduct constituting a violation of section 7201 or 7206 of the Internal Revenue Code of 1986; or
(B) ▯ knowing that the transaction is designed in whole or in part—
(i) ▯ to conceal or disguise the nature, the location, the source, the ownership, or the control of the proceeds of specified unlawful activity; or
(ii) ▯ to avoid a transaction reporting requirement under State or Federal law,
shall be sentenced to a fine of not more than $500,000 or twice the value of the property involved in the transaction, whichever is greater, or imprisonment for not more than twenty years, or both. For purposes of this paragraph, a financial transaction shall be considered to be one involving the proceeds of specified unlawful activity if it is part of a set of parallel or dependent transactions, any one of which involves the proceeds of specified unlawful activity, and all of which are part of a single plan or arrangement.
(2) ▯ Whoever transports, transmits, or transfers, or attempts to transport, transmit, or transfer a monetary instrument or funds from a place in the United States to or through a place outside the United States or to a place in the United States from or through a place outside the United States—
(A) ▯ with the intent to promote the carrying on of specified unlawful activity; or
(B) ▯ knowing that the monetary instrument or funds involved in the transportation, transmission, or transfer represent the proceeds of some form of unlawful activity and knowing that such transportation, transmission, or transfer is designed in whole or in part—
(i) ▯ to conceal or disguise the nature, the location, the source, the ownership, or the control of the proceeds of specified unlawful activity; or
(ii) ▯ to avoid a transaction reporting requirement under State or Federal law,
shall be sentenced to a fine of not more than $500,000 or twice the value of the monetary instrument or funds involved in the transportation, transmission, or transfer, whichever is greater, or imprisonment for not more than twenty years, or both. For the purpose of the offense described in subparagraph (B), the defendant's knowledge may be established by proof that a law enforcement officer represented the matter specified in subparagraph (B) as true, and the defendant's subsequent statements or actions indicate that the defendant believed such representations to be true.

(3) Whoever, with the intent—

(A) to promote the carrying on of specified unlawful activity;

(B) to conceal or disguise the nature, location, source, ownership, or control of property believed to be the proceeds of specified unlawful activity; or

(C) to avoid a transaction reporting requirement under State or Federal law, conducts or attempts to conduct a financial transaction involving property represented to be the proceeds of specified unlawful activity, or property used to conduct or facilitate specified unlawful activity, shall be fined under this title or imprisoned for not more than 20 years, or both. For purposes of this paragraph and paragraph (2), the term "represented" means any representation made by a law enforcement officer or by another person at the direction of, or with the approval of, a Federal official authorized to investigate or prosecute violations of this section.

(b) Penalties.—

(1) In general.— Whoever conducts or attempts to conduct a transaction described in subsection (a)(1) or (a)(3), or section 1957, or a transportation, transmission, or transfer described in subsection (a)(2), is liable to the United States for a civil penalty of not more than the greater of—

(A) the value of the property, funds, or monetary instruments involved in the transaction; or

(B) $10,000.

(2) Jurisdiction over foreign persons.— For purposes of adjudicating an action filed or enforcing a penalty ordered under this section, the district courts shall have jurisdiction over any foreign person, including any financial institution authorized under the laws of a foreign country, against whom the action is brought, if service of process upon the foreign person is made under the Federal Rules of Civil Procedure or the laws of the country in which the foreign person is found, and—

(A) the foreign person commits an offense under subsection (a) involving a financial transaction that occurs in whole or in part in the United States;

(B) the foreign person converts, to his or her own use, property in which the United States has an ownership interest by virtue of the entry of an order of forfeiture by a court of the United States; or

(C) the foreign person is a financial institution that maintains a bank account at a financial institution in the United States.

(3) Court authority over assets.— A court may issue a pretrial restraining order or take any other action necessary to ensure that any bank account or other property held by the defendant in the United States is available to satisfy a judgment under this section.

(4) Federal receiver.—

(A) In general.— A court may appoint a Federal Receiver, in accordance with subparagraph (B) of this paragraph, to collect, marshal, and take custody, control, and possession of all assets of the defendant, wherever located, to satisfy a civil judgment under this subsection, a forfeiture judgment under section 981 or 982, or a criminal sentence under section 1957 or subsection (a) of this section, including an order of restitution to any victim of a specified unlawful activity.

(B) Appointment and authority.— A Federal Receiver described in subparagraph (A)—

(i) may be appointed upon application of a Federal prosecutor or a Federal or State regulator, by the court having jurisdiction over the defendant in the case;

(ii) shall be an officer of the court, and the powers of the Federal Receiver shall include the powers set out in section 754 of title 28, United States Code; and

(iii) shall have standing equivalent to that of a Federal prosecutor for the purpose of submitting requests to obtain information regarding the assets of the defendant—

(I) from the Financial Crimes Enforcement Network of the Department of the Treasury; or

(II) from a foreign country pursuant to a mutual legal assistance treaty, multilateral agreement, or other arrangement for international law enforcement assistance, provided that such requests are in accordance with the policies and procedures of the Attorney General.

(c) As used in this section—

(1) the term "knowing that the property involved in a financial transaction represents the proceeds of some form of unlawful activity" means that the person knew the property involved in the transaction represented proceeds from some form, though not necessarily which form, of activity that constitutes a felony under State, Federal, or foreign law, regardless of whether or not such activity is specified in paragraph (7);

(2) the term "conducts" includes initiating, concluding, or participating in initiating, or concluding a transaction;

(3) the term "transaction" includes a purchase, sale, loan, pledge, gift, transfer, delivery, or other disposition, and with respect to a financial institution includes a deposit, withdrawal, transfer between accounts, exchange of currency, loan, extension of credit, purchase or sale of any stock, bond, certificate of deposit, or other monetary instrument, use of a safe deposit box, or any other payment, transfer, or delivery by, through, or to a financial institution, by whatever means effected;

(4) the term "financial transaction" means

(A) a transaction which in any way or degree affects interstate or foreign commerce

(i) involving the movement of funds by wire or other means or

(ii) involving one or more monetary instruments, or

(iii) involving the transfer of title to any real property, vehicle, vessel, or aircraft, or

(B) a transaction involving the use of a financial institution which is engaged in, or the activities of which affect, interstate or foreign commerce in any way or degree;

(5) the term "monetary instruments" means (i) coin or currency of the United States or of any other country, travelers' checks, personal checks, bank checks, and money orders, or

(ii) investment securities or negotiable instruments, in bearer form or otherwise in such form that title thereto passes upon delivery;

(6) the term "financial institution" includes(A) any financial institution, as defined in section 5312 (a)(2) of title 31, United States Code, or the regulations promulgated thereunder; and

(B) any foreign bank, as defined in section 1 of the International Banking Act of 1978 (12 U.S.C. 3101);

(7) the term "specified unlawful activity" means—

(A) any act or activity constituting an offense listed in section 1961 (1) of this title except an act which is indictable under subchapter II of chapter 53 of title 31;
(B) with respect to a financial transaction occurring in whole or in part in the United States, an offense against a foreign nation involving—
(i) the manufacture, importation, sale, or distribution of a controlled substance (as such term is defined for the purposes of the Controlled Substances Act);
(ii) murder, kidnapping, robbery, extortion, destruction of property by means of explosive or fire, or a crime of violence (as defined in section 16);
(iii) fraud, or any scheme or attempt to defraud, by or against a foreign bank (as defined in paragraph 7 of section 1(b) of the International Banking Act of 1978)); [1]
(iv) bribery of a public official, or the misappropriation, theft, or embezzlement of public funds by or for the benefit of a public official;
(v) smuggling or export control violations involving—
(I) an item controlled on the United States Munitions List established under section 38 of the Arms Export Control Act (22 U.S.C. 2778); or
(II) an item controlled under regulations under the Export Administration Regulations (15 C.F.R. Parts 730–774);
(vi) an offense with respect to which the United States would be obligated by a multilateral treaty, either to extradite the alleged offender or to submit the case for prosecution, if the offender were found within the territory of the United States; or (vii) trafficking in persons, selling or buying of children, sexual exploitation of children, or transporting, recruiting or harboring a person, including a child, for commercial sex acts;
(C) any act or acts constituting a continuing criminal enterprise, as that term is defined in section 408 of the Controlled Substances Act (21 U.S.C. 848);
(D) an offense under section 32 (relating to the destruction of aircraft), section 37 (relating to violence at international airports), section 115 (relating to influencing, impeding, or retaliating against a Federal official by threatening or injuring a family member), section 152 (relating to concealment of assets; false oaths and claims; bribery), section 175c (relating to the variola virus), section 215 (relating to commissions or gifts for procuring loans), section 351 (relating to congressional or Cabinet officer assassination), any of sections 500 through 503 (relating to certain counterfeiting offenses), section 513 (relating to securities of States and private entities), section 541 (relating to goods falsely classified), section 542 (relating to entry of goods by means of false statements), section 545 (relating to smuggling goods into the United States), section 549 (relating to removing goods from Customs custody), section 554 (relating to smuggling goods from the United States), section 641 (relating to public money, property, or records), section 656 (relating to theft, embezzlement, or misapplication by bank officer or employee), section 657 (relating to lending, credit, and insurance institutions), section 658 (relating to property mortgaged or pledged to farm credit agencies), section 666 (relating to theft or bribery concerning programs receiving Federal funds), section 793, 794, or 798 (relating to espionage), section 831 (relating to prohibited transactions involving nuclear materials), section 844 (f) or (i) (relating to destruction by explosives or fire of Government property or property affecting interstate or foreign commerce), section 875 (relating to interstate communications), section 922 (l) (relating to the unlawful importation of firearms), section 924 (n) (relating to firearms trafficking), section 956 (relating to conspiracy to kill, kidnap, maim, or injure certain

property in a foreign country), section 1005 (relating to fraudulent bank entries), 1006 [2] (relating to fraudulent Federal credit institution entries), 1007 [2] (relating to Federal Deposit Insurance transactions), 1014 [2] (relating to fraudulent loan or credit applications), section 1030 (relating to computer fraud and abuse), 1032 [2] (relating to concealment of assets from conservator, receiver, or liquidating agent of financial institution), section 1111 (relating to murder), section 1114 (relating to murder of United States law enforcement officials), section 1116 (relating to murder of foreign officials, official guests, or internationally protected persons), section 1201 (relating to kidnaping), section 1203 (relating to hostage taking), section 1361 (relating to willful injury of Government property), section 1363 (relating to destruction of property within the special maritime and territorial jurisdiction), section 1708 (theft from the mail), section 1751 (relating to Presidential assassination), section 2113 or 2114 (relating to bank and postal robbery and theft), section 2252A (relating to child pornography) where the child pornography contains a visual depiction of an actual minor engaging in sexually explicit conduct, section 2260 (production of certain child pornography for importation into the United States), section 2280 (relating to violence against maritime navigation), section 2281 (relating to violence against maritime fixed platforms), section 2319 (relating to copyright infringement), section 2320 (relating to trafficking in counterfeit goods and services), section 2332 (relating to terrorist acts abroad against United States nationals), section 2332a (relating to use of weapons of mass destruction), section 2332b (relating to international terrorist acts transcending national boundaries), section 2332g (relating to missile systems designed to destroy aircraft), section 2332h (relating to radiological dispersal devices), section 2339A or 2339B (relating to providing material support to terrorists), section 2339C (relating to financing of terrorism), or section 2339D (relating to receiving military-type training from a foreign terrorist organization) of this title, section 46502 of title 49, United States Code, a felony violation of the Chemical Diversion and Trafficking Act of 1988 (relating to precursor and essential chemicals), section 590 of the Tariff Act of 1930 (19 U.S.C. 1590) (relating to aviation smuggling), section 422 of the Controlled Substances Act (relating to transportation of drug paraphernalia), section 38 (c) (relating to criminal violations) of the Arms Export Control Act, section 11 (relating to violations) of the Export Administration Act of 1979, section 206 (relating to penalties) of the International Emergency Economic Powers Act, section 16 (relating to offenses and punishment) of the Trading with the Enemy Act, any felony violation of section 15 of the Food and Nutrition Act of 2008 (relating to supplemental nutrition assistance program benefits fraud) involving a quantity of benefits having a value of not less than $5,000, any violation of section 543(a)(1) of the Housing Act of 1949 (relating to equity skimming), any felony violation of the Foreign Agents Registration Act of 1938, any felony violation of the Foreign Corrupt Practices Act, or section 92 of the Atomic Energy Act of 1954 (42 U.S.C. 2122) (relating to prohibitions governing atomic weapons) [3]  ▯ environmental crimes

(E) ▯ a felony violation of the Federal Water Pollution Control Act (33 U.S.C. 1251 et seq.), the Ocean Dumping Act (33 U.S.C. 1401 et seq.), the Act to Prevent Pollution from Ships (33 U.S.C. 1901 et seq.), the Safe Drinking Water Act (42 U.S.C. 300f et seq.), or the Resources Conservation and Recovery Act (42 U.S.C. 6901 et seq.); or

(F) ▯ any act or activity constituting an offense involving a Federal health care offense;

(8) ⧠ the term "State" includes a State of the United States, the District of Columbia, and any commonwealth, territory, or possession of the United States; and

(9) ⧠ the term "proceeds" means any property derived from or obtained or retained, directly or indirectly, through some form of unlawful activity, including the gross receipts of such activity.

(d) ⧠ Nothing in this section shall supersede any provision of Federal, State, or other law imposing criminal penalties or affording civil remedies in addition to those provided for in this section.

(e) ⧠ Violations of this section may be investigated by such components of the Department of Justice as the Attorney General may direct, and by such components of the Department of the Treasury as the Secretary of the Treasury may direct, as appropriate, and, with respect to offenses over which the Department of Homeland Security has jurisdiction, by such components of the Department of Homeland Security as the Secretary of Homeland Security may direct, and, with respect to offenses over which the United States Postal Service has jurisdiction, by the Postal Service. Such authority of the Secretary of the Treasury, the Secretary of Homeland Security, and the Postal Service shall be exercised in accordance with an agreement which shall be entered into by the Secretary of the Treasury, the Secretary of Homeland Security, the Postal Service, and the Attorney General. Violations of this section involving offenses described in paragraph (c)(7)(E) may be investigated by such components of the Department of Justice as the Attorney General may direct, and the National Enforcement Investigations Center of the Environmental Protection Agency.

(f) ⧠ There is extraterritorial jurisdiction over the conduct prohibited by this section if—

(1) ⧠ the conduct is by a United States citizen or, in the case of a non-United States citizen, the conduct occurs in part in the United States; and

(2) ⧠ the transaction or series of related transactions involves funds or monetary instruments of a value exceeding $10,000.

(g) Notice of Conviction of Financial Institutions.— ⧠ If any financial institution or any officer, director, or employee of any financial institution has been found guilty of an offense under this section, section 1957 or 1960 of this title, or section 5322 or 5324 of title 31, the Attorney General shall provide written notice of such fact to the appropriate regulatory agency for the financial institution.

(h) ⧠ Any person who conspires to commit any offense defined in this section or section 1957 shall be subject to the same penalties as those prescribed for the offense the commission of which was the object of the conspiracy.

(i) Venue.—

(1) ⧠ Except as provided in paragraph (2), a prosecution for an offense under this section or section 1957 may be brought in(A) ⧠ any district in which the financial or monetary transaction is conducted; or

(B) ⧠ any district where a prosecution for the underlying specified unlawful activity could be brought, if the defendant participated in the transfer of the proceeds of the specified unlawful activity from that district to the district where the financial or monetary transaction is conducted.

(2) ⧠ A prosecution for an attempt or conspiracy offense under this section or section 1957 may be brought in the district where venue would lie for the completed offense under

paragraph (1), or in any other district where an act in furtherance of the attempt or conspiracy took place.

(3) ☐ For purposes of this section, a transfer of funds from 1 place to another, by wire or any other means, shall constitute a single, continuing transaction. Any person who conducts (as that term is defined in subsection (c)(2)) any portion of the transaction may be charged in any district in which the transaction takes place.

"The Federal Constitution and laws passed within its authority are, by the express terms of that instrument, made the supreme law of the land. The Fourteenth Amendment protects life, liberty, and property from invasion by the States without due process of law. Property is more than the mere thing which a person owns. It is elementary that it includes the right to acquire, use, and dispose of it. The Constitution protects these essential attributes of property. Holden v. Hardy, 169 U. S. 366, 169 U. S. 391. Property consists of the free use, enjoyment, and disposal of a person's acquisitions without control or diminution save by the law of the land. 1 Blackstone's Commentaries (Cooley's Ed.), 127.

Your Right of Defense Against Unlawful Arrest(seizure) is protected by the Fourth Amendment

"Citizens may resist unlawful arrest to the point of taking an arresting officer's life if necessary." Plummer v. State, 136 Ind. 306. This premise was upheld by the Supreme Court of the United States in the case: John Bad Elk v. U.S., 177 U.S. 529. The Court stated: "Where the officer is killed in the course of the disorder which naturally accompanies an attempted arrest that is resisted, the law looks with very different eyes upon the transaction, when the officer had the right to make the arrest, from what it does if the officer had no right. What may be murder in the first case might be nothing more than manslaughter in the other, or the facts might show that no offense had been committed."

"An arrest made with a defective warrant, or one issued without affidavit, or one that fails to allege a crime is within jurisdiction, and one who is being arrested, may resist arrest and break away. If the arresting officer is killed by one who is so resisting, the killing will be no more than an involuntary manslaughter." Housh v. People, 75 111. 491; reaffirmed and quoted in State v. Leach, 7 Conn. 452; State v. Gleason, 32 Kan. 245; Ballard v. State, 43 Ohio 349; State v Rousseau, 241 P. 2d 447; State v. Spaulding, 34 Minn. 3621.

"When a person, being without fault, is in a place where he has a right to be, is violently assaulted, he may, without retreating, repel by force, and if, in the reasonable exercise of his right of self defense, his assailant is killed, he is justified." Runyan v. State, 57 Ind. 80; Miller v. State, 74 Ind. 1.

"These principles apply as well to an officer attempting to make an arrest, who abuses his authority and transcends the bounds thereof by the use of unnecessary force and violence, as they do to a private individual who unlawfully uses such force and violence." Jones v.

State, 26 Tex. App. I; Beaverts v. State, 4 Tex. App. 1 75; Skidmore v. State, 43 Tex. 93, 903.

"An illegal arrest is an assault and battery. The person so attempted to be restrained of his liberty has the same right to use force in defending himself as he would in repelling any other assault and battery." (State v. Robinson, 145 ME. 77, 72 ATL. 260).

"Each person has the right to resist an unlawful arrest. In such a case, the person attempting the arrest stands in the position of a wrongdoer and may be resisted by the use of force, as in self- defense." (State v. Mobley, 240 N.C. 476, 83 S.E. 2d 100).

"One may come to the aid of another being unlawfully arrested, just as he may where one is being assaulted, molested, raped or kidnapped. Thus it is not an offense to liberate one from the unlawful custody of an officer, even though he may have submitted to such custody, without resistance." (Adams v. State, 121 Ga. 16, 48 S.E. 910).

"Story affirmed the right of self-defense by persons held illegally. In his own writings, he had admitted that 'a situation could arise in which the checks-and-balances principle ceased to work and the various branches of government concurred in a gross usurpation.' There would be no usual remedy by changing the law or passing an amendment to the Constitution, should the oppressed party be a minority. Story concluded, 'If there be any remedy at all ... it is a remedy never provided for by human institutions.' That was the 'ultimate right of all human beings in extreme cases to resist oppression, and to apply force against ruinous injustice.'" (From Mutiny on the Amistad by Howard Jones, Oxford University Press, 1987, an account of the reading of the decision in the case by Justice Joseph Story of the Supreme Court.

As for grounds for arrest: "The carrying of arms in a quiet, peaceable, and orderly manner, concealed on or about the person, is not a breach of the peace. Nor does such an act of itself, lead to a breach of the peace." (Wharton's Criminal and Civil Procedure, 12th Ed., Vol.2: Judy v. Lashley, 5 W. Va. 628, 41 S.E. 197)Your Right of Defense Against Unlawful Arrest

Wouldn't these rights apply to the unlawful seizure of property as well as the unlawful arrest of a citizen? Does this protection of your Rights violate the State of Colorado's "law?"

The objectivistic interpretation of the word "due" preserves the core meaning of the Due Process Clause, which is unrelated to restraining Congress. John Jay (later the first Chief Justice of the U.S.) explained as [page 8] follows in the midst of the American Revolution:

"It is the undoubted Right and unalienable Privilege of a Freeman not to be divested, or interrupted in the innocent use, of Life, Liberty or Property, but by Laws to which he has assented, either personally or by his Representatives. This is the Corner Stone of every

free Constitution, and to defend it from the Iron Hand of the Tyrant of Britain, all America is now in arms....".

The core meaning of the Due Process Clause is thus that laws protecting life, liberty, and property must be respected by all branches and officials of the government. However, the Supreme Court has read a great deal more into the Due Process Clause, and in so doing has greatly undermined that core meaning. The Court now regularly uses the Due Process Clause to override laws enacted by elected representatives, thereby eliminating various liberties of some people if those liberties conflict with unenumerated "fundamental" rights of other people. The Court accomplishes this deprivation without relying upon any applicable law, except the Due Process Clause itself. This subjectivistic doctrine of due process has turned John Jay's "cornerstone" into wax, as discussed further in Part IV.

"Any measure which would divide our citizenry on the basis of property into one class free to move from state to state and another class that is poverty-bound to the place where it has suffered misfortune is not only at war with the habit and custom by which our country has expanded, but is also a short-sighted blow at the security of property itself. Property can have no more dangerous, even if unwitting, enemy than one who would make its possession a pretext for unequal or exclusive civil rights. Where those rights are derived from national citizenship no state may impose such a test, and whether the Congress could do so we are not called upon to inquire.

I think California had no right to make the condition of Duncan's purse, with no evidence of violation by him of any law or social policy which caused it, the basis of excluding him or of punishing one who extended him aid.

If I doubted whether his federal citizenship alone were enough to open the gates of California to Duncan, my doubt would disappear on consideration of the obligations of such citizenship. Duncan owes a duty to render military service, and this Court has said that this duty is the result of his citizenship. Mr. Chief Justice White declared in the Selective Draft Law Cases, 245 U.S. 366, 378 , 38 S.Ct. 159, 161, L.R.A.1918C, 361, Ann.Cas.1918B, 856: 'It may not be doubted that the very conception of a just government and its duty to the citizen includes the reciprocal obligation of the citizen to render military service in case of need and the right to compel it.' A contention that a citizen's duty to render military service is suspended by 'indigence' would meet with little favor. Rich or penniless, Duncan's citizenship under the Constitution pledges his strength to the defense of California as a part of the United States, and his right to migrate to any part of the land he must defend is something she must respect under the same instrument. Unless this Court is willing to say that citizenship of the United States means at least this much to the citizen, then our heritage of constitutional privileges and immunities is only a promise to the ear to be broken to the hope, a teasing illusion like a munificent bequest in a pauper's will." EDWARDS v. PEOPLE OF STATE OF CALIFORNIA, 314 U.S. 160 (1941) 314 U.S. 160

CONCLUSION

It is the duty of the court to recognize the substance of things and not the mere form.

"The courts are not bound by mere form, nor are they to be misled by mere pretenses. They are at liberty -- indeed they are under a solemn duty -- to look at the substance of things, whenever they enter upon the inquiry whether the legislature has transcended the limits of its authority. If, therefore, a statute purported to have been enacted to protect ... the public safety, has no real or substantial relation to those objects or is a palpable invasion of Rights secured by the fundamental law, it is the duty of the courts to so adjudge, and thereby give effect to the Constitution."
Mulger vs. Kansas, 123 US 623, 661

and ...
"It is the duty of the courts to be watchful for the Constitutional rights of the citizen and against any stealthy encroachments thereon."
Boyd vs. United States, 116 US 616

The courts are "duty bound" to recognize and stop the "stealthy encroachments" which have been made upon the Citizen's Right to travel and to use the roads to transport his property in the "ordinary course of life and business." (Hadfield, supra.)

Plaintiff reserves all powers not specifically delegated to the Federal or State Government and he has not waived any of the rights aforementioned, which for the most part are natural rights, but which are also protected by the constitution.

Driver License is Title of Nobility,

Federal Reserve notes not backed by silver and gold

Denial of Due Process

Infliction of Excessive and therefore Cruel and Unusual Punishment,

Under the 8th Amendment, cruel and unusual punishment may not be applied against Plaintiff.

Defendants have imposed just such cruel and unusual punishment upon Plaintiff by the mental stress placed upon Plaintiff as a result of Defendants unconstitutional acts.

Driver and Motor Vehicle License are Titles of Nobility and is in violation of Article 1 Section 10 of the Constitution

Section 10. No state shall enter into any treaty, alliance, or confederation; grant letters of marque and reprisal; coin money; emit bills of credit; make anything but gold and silver coin a tender in payment of debts; pass any bill of attainder, ex post facto law, or law impairing the obligation of contracts, or grant any title of nobility.

No state shall, without the consent of the Congress, lay any imposts or duties on imports or exports, except what may be absolutely necessary for executing it's inspection laws: and the net produce of all duties and imposts, laid by any state on imports or exports, shall be for the use of the treasury of the United States; and all such laws shall be subject to the revision and control of the Congress.

No state shall, without the consent of Congress, lay any duty of tonnage, keep troops, or ships of war intime of peace, enter into any agreement or compact with another state, or with a foreign power, or engagein war, unless actually invaded, or in such imminent danger as will not admit of delay.


Infliction of Peonage and Involuntary Servitude

Under the 13th. amendment to the constitution Plaintiff is protected against peonage and involuntary servitude, where the actions of Defendants appear to destine Plaintiff.

Under the 14th amendment of the, Plaintiff is protected under Title 18 USC, Sec. 241and 242 from the acts of Defendants.


Defendants conspired in concert, acting outside their Lawful Duties, To bring to bear upon Plaintiff unconstitutional acts under Color, custom and Usage of State laws.

Defendants acted outside the perimeters their Lawful Duties.


Defendants named above relying on their own discretion and erroneous interpretation of the Supreme Law of the Land, Which is the Constitution and not any statute in conflict there with, issued or caused to be issued, order for plaintiff conspire with Defendants to subvert the constitution by excepting Titles of Nobility and to make something other then gold and silver coin a tender for payment of debt.


Defendants Violated their Oaths of office. They did so under Color, Custom and usage of Federal and State Law. Defendants acted Grossly, Willfully, Wantonly, Unlawfully, Carelessly, Recklessly, Negligently, Maliciously, Purposefully, Intentionally and Discriminatingly against Plaintiff and did so taking advantage of Color, Custom and Usage of State Law and custom within a citizen's fear of State Personel prosecuting good citizens for having stood up for their Natural rights protected by the U.S. constitution and the Colorado State Constitution.

All these are contrary Article 1, Sec. 10, of the Constitution.

Defendants aforenamed deprived Plaintiff of his 9th and 10th Amendment rights, which protect him from Oath-breaking so-called "public servants" who wallow in the pubic trough while trampling upon Plaintiff's Constitutional Rights.

Said defendants, Meanwhile attempt to impose totalitarian Socialism upon the People, Although such a System is the Antithesis of the Constitution, That public servants and duly constituted Authorities are Sworn to uphold

Defendants have exceeded their jurisdiction.

They have abused their discretion.

They have acted outside the Lawful perimeters of their official duties.

They have Refused, Neglected or Failed to Protect Plaintiff from said Conspiracy although they have been a position to do so.

Defendant acts as heretofore complained of, Have caused harm and damage to Plaintiff. Said acts have caused mental and physical suffering, insomnia, worry, financial insecurity, stress and strain in relationships, in his work, with his family, relatives and friends, Defendants activities have impaired Plaintiffs credit standing. They have subjected him to public ridicule and embarrassment.

Prayer

Defendants complained of acts entitle Plaintiff to recover money damages from Defendants and from each of them as follows:

For general damages $ 1,000,000; resulting from the destruction and loss of property, automobiles, wages, as well as for inflicting cruel and unusual punishment by forcing me into poverty and involuntary servitude, as evidenced by homelessness and hunger from starving.

For punitive damages $20,000,000; resulting from Forty (40) counts of; 18 USC 1956, Money laundering which provides for a $500,000.00 fine, 18 USC 241,242, which provides for a $10,000.00(x10 if armed with a deadly weopon while commiting) penalty, and all crimes mentioned in this Complaint, as that's what would be my due, had I did the same.

This shall be payable to Plaintiff in Constitutional Lawful Money redeemable in gold or silver coin as set forth in Article 1 Sec. 10 of the constitution.

This is allowable under the Supreme Court case Bivens v. Six Unknown Fed. Narcotics Agents, 403 U.S. 388 (1971), in which was said;

MR. JUSTICE BRENNAN delivered the opinion of the Court.

The Fourth Amendment provides that

"The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated. . . ."

In Bell v. Hood, 327 U. S. 678 (1946), we reserved the question whether violation of that command by a federal agent acting under color of his authority gives rise to a cause of action for damages consequent upon his unconstitutional conduct. Today we hold that it does.

And;

Third. That damages may be obtained for injuries consequent upon a violation of the Fourth Amendment by federal officials should hardly seem a surprising proposition. Historically, damages have been regarded as the ordinary remedy for an invasion of personal interests in liberty. See Nixon v. Condon, 286 U. S. 73 (1932);

Page 403 U. S. 396

Nixon v. Herndon, 273 U. S. 536, 273 U. S. 540 (1927); Swafford v. Templeton, 185 U. S. 487 (1902); Wiley v. Sinkler, 179 U. S. 58 (1900); J. Landynski, Search and Seizure and the Supreme Court 28 et seq. (1966); N. Lasson, History and Development of the Fourth Amendment to the United States Constitution 43 et seq. (1937); Katz, The Jurisprudence of Remedies: Constitutional Legality and the Law of Torts in Bell v. Hood, 117 U.Pa.L.Rev. 1, 8-33 (1968); cf. West v. Cabell, 153 U. S. 78 (1894); Lammun v. Feusier, 111 U. S. 17 (1884). Of course, the Fourth Amendment does not in so many words provide for its enforcement by an award of money damages for the consequences of its violation. But

it is . . . well settled that, where legal rights have been invaded, and a federal statute provides for a general right to sue for such invasion, federal courts may use any available remedy to make good the wrong done."

In addition plaintiff prays such other and further relief as to the jury demanded in this case shall appear just.

Defendants herein are sued in their individual capacities and not as agents of the State of Colorado or The United States.

This is a civil rights Suit and not under the torts claims act.

If necessary; Plaintiff demands for all issues to be decided by the Jury Demanded;

If defendants move to dismiss this suit, Plaintiff Demands that it be heard by the jury demanded, and only be dismissed if the Jury considers it lacks merit.

If I was to photocopy my payroll check, eight times, then pass them off at 8 banks, I would be charged and sent to prison. If I used mail fraud, and wire fraud to defraud some one of their money, especially through threats and coercion, I would be sent to prison. If I sent armed men to stop, and in an act of piracy, use armed and deadly force to relieve that some one of their car, I would be sent to prison. If I was to conceal the money that I extorted in accounts that appeared "lawful," in names other than mine with the intent to further the "enterprise, or object of some criminal conspiracy," I would be charged and/or fined $500,000.00, per transaction. This is what the law, as it applies to me, would exact if it was me that committed these crimes. As I am entitled to equal protection of the law, and the other corporations and individual defendants have the same right to be parties, sue and be sued, and even sovereign immunity is waived / equalized in the face of unconstitutional acts, I am making this claim in the amount of $21,000,000.00, to redress these serious deprivations of my civil rights and to cover damages and expenses, and to provide equitable relief. I also pray for visitation to be ordered upon defendant Bobbie Brown, if Josie Ingersoll so wishes, so that I may rebuild some kind of relationship with my daughter. I shall leave that up to Josie's discretion.

I also would ask that an injunction against the State of Colorado be issued preventing Child Support Enforcement Unit, the Family Support Registry, the Department of Motor Vehicles, and local Law Enforcement from depriving me further, my Rights to Life, Liberty, Happiness, Property, Privacy, Travel, to Raise my Child/be in her life.

I Pray for a Restraining Order; placing $21,000,000.00 worth of Constitutionaly Lawful Money I.e. gold or silver coin, deposited with the Denver branch of the Federal Reserve Bank, to protect it from some plot to withold it from lawful creditors.

Further, the court must recognize that the Right to travel is part of the Liberty of which a Citizen cannot be deprived without specific cause and without the "due process of law" guaranteed in the Fifth Amendment. (Kent, supra.)

The history of this "invasion" of the Citizen's Right to use the public highways shows clearly that the legislature simply found a heretofore untapped source of revenue, got greedy, and attempted to enforce a statute in an unconstitutional manner upon those Free and Natural individuals who have a Right to travel upon the highways.

This was not attempted in an outright action, but in a slow, meticulous, calculated encroachment upon the Citizen's Right to travel.

This position must be accepted unless the prosecutor can show his authority for the position that the "use of the road in the ordinary course of life and business" is a privilege.

"A license when granting a privilege, may not, as the terms of its possession, impose conditions which require the abandonment of constitutional rights." Frost Trucking Co. v. Railroad Commission, 271 US 583, 589, (1924); Terral v. Burke Construction Company, 257 US 529, 532 (1922).

"The acceptance of a license, in whatever form, will not impose upon the licensee an obligation to respect or to comply with any provision of the statute or with the regulations prescribed that are repugnant to the Constitution of the United States." Collier v. Wallis 180 US 452 (1901) 333 US 426, 606 CL (1936) 56 P2d 602. "The 'liberty' guaranteed by the constitution must be interpreted in the light of the common law, the principles and history of which were familiar and known to the framers of the constitution. This liberty denotes the right of the individual to engage in any of the common occupations of life, to locomote, and generally enjoy those rights long recognized at common law as essential to the orderly pursuit of happiness by free men." Mere v. Nebraska 262 US 390, 399; US v. Won Kim Ark 169 US 649, 654.

"It (the legislature or statutory laws) may not violate constitutional prohibits or guarantees OR AUTHORIZE OTHERS TO DO SO." Lockard v. Los Angeles 33 Cal2d 553; Cert den 337 US 939.

"It is clear that a license relates to qualifications to engage in profession, business, trade or calling; thus when merely traveling without compensation or profit, outside of business enterprise or adventure with the corporate state, no license is required of the natural individual traveling for personal business, pleasure and transportation." Wingfield v. Fielder (1972) 29 CA3d 213.

"No statutory duty lies to apply for, or to possess a drivers' license for personal travel and transportation as defendant is not within the 'class of persons for whose benefit or protection the statute was enacted." Routh v Quinn, 20 Cal2d 488

Under Constitutional and common law, my right to travel cannot be infringed. Supreme Court Case law provides that all sovereigns have the right to freely travel in the 50 states unencumbered, requiring no "license" to do so, and as long as there is no injured party, there can be no sanctions (speeding fine or license points) against me. No "drivers' license" is required save for commercial driving applications. It is unconstitutional for the State to demand and require a drivers' license from anyone of age, and also cannot

legally tax for such right to travel. Since a license to travel is unconstitutional, it stands
that where no injury has occurred... no injured party involved with any legal action, there
can be no sanctions for operating a private vehicle save for common law violations
involving a damaged or injured party.

I being an un-enfranchised Sovereign, am authorized under statute at large, First
Congress 1789, Session 1, Chapters, page 52; Articles of Confederation, Article 4-3-1-
1781; MC 38: Title 18, Section 241, USC Title 42, Section 1983, 1985, 1986, of the
unhampered use of all navigable waters and all common law highways, roadways, and
byways which are used for transport either private, public, or commerce anywhere in
these United 50 States of America.

**That All Courts and Legislatures are held to the Constitution of the United States of
America:**

"This Constitution, and the laws of the United States which shall be made in pursuance
thereof; .. shall be the supreme law of the land; and the judges in every state shall be
bound thereby... The Senators and Representatives and members of the State legislature,
and all executive and judicial officers of the United States and the several States, shall be
bound thereby, anything in the Constitution or laws of any State to the contrary
notwithstanding." The Constitution of the united States of America, Article VI, Cl. 2, 3.

"The United States is entirely a creature of the Constitution. Its power and authority have
no other source. It can only act in accordance with all the limitations imposed by the
Constitution."  Reid v Covert 354 US 1, 1957.

Americans' "freedom to travel throughout the United States has long been recognized as
a basic right under the Constitution," according to multiple cases including Williams v
Fears, 179 US 270, 274; 21 S Ct 128; 45 L Ed 186 (1900); Twining v New Jersey, 211
US 78, 97; 29 S Ct 14; 53 L Ed 97 (1908), as listed in the case of United States v Guest,
383 US 745; 86 S Ct 1170; 16 L Ed 2d 239 (1968), a case involving criminally
prosecuting people for obstructing the right (obstruction is a federal crime pursuant to
federal criminal law 18 USC 241).

The Supreme Court in Guest says of the "right to travel" that "Its explicit recognition as
one of the federal rights protected by what is now 18 USC 241 goes back at least as far as
1904. United States v Moore,  129 F 630, 633 [Circ. Ct. ND Ala., 1904]. We reaffirm it
now." As we see, the Michigan Supreme Court had already recognized it in 1889, and
Crandall v Nevada had alluded to the concept in 1867. The earliest known case working
towards developing the concept was Smith v Turner, 48 US 283 (1849).

One of Americans' basic "Bill of Rights" rights is "the basic constitutional right to
travel," upheld as long ago as in cases such as Crandall v Nevada, 73 US 35; 18 L Ed 745
(1868), Pinkerton v Verberg, 78 Mich 573; 44 NW 579 (1889), and once again

reaffirmed by the U.S. Supreme Court in so many words, "right to travel," in Dunn v Blumstein, 405 US 330; 92 S Ct 995; 31 L Ed 2d 274 (1974), and in the following cases:

"Undoubtedly the right of locomotion, the right to remove from one place to another according to inclination, is an attribute of personal liberty, and the right, ordinarily, of free transit from or through the territory of any State is a right secured by the l4th Amendment and by other provisions of the Constitution." - Schactman v Dulles, 96 App D.C. 287, 293.

"The right to travel is part of the Liberty of which the citizen cannot be deprived without due process of law under the Fifth Amendment." Kent v. Dulles 357 U.S. 116, 125. Reaffirmed in Zemel v. Rusk, 33 US 1.

"Where activities or enjoyment, natural and often necessary to the wellbeing of an American citizen, such as travel, are involved, we will construe narrowly all delegated powers that curtail or dilute them... to repeat, we deal here with a constitutional right of the citizen..." Edwards v. California 314 US 160 (1941).

"Even the legislature has no power to deny to a citizen the right to travel upon the highway and transport his property in the ordinary course of his business or pleasure" - Chicago Motor Coach v Chicago, 169 NE 22

"The right of the citizen to travel upon the public highways and to transport his property thereon, either by carriage or by automobile, is not a mere privilege which a city may prohibit or permit at will, but a common right which he has under the right to life, liberty, and the pursuit of happiness." Thompson v Smith, 154 SE 579.

**The right to travel is protected by the Equal Protection Clause of the 14th Amendment.**

"Right to travel is constitutionally protected against private as well as public encroachment." Volunteer Medical Clinic, Inc. v. Operation Rescue, 948 F2d 218; International Org. Of Masters, Etc. V. Andrews, 831, F2d 843; Zobel v. Williams, 457 US 55, 102 Sct. 2309.

"The right to make use of an automobile as a vehicle of travel along the highways of the state, is no longer an open question. The owners thereof have the same rights in the roads and streets as the drivers of horses or those riding a bicycle or traveling in some vehicle." House v. Cramer, 1 12 N. W. 3; 134 Iowa 374 (1907).

"Personal liberty, which is guaranteed to every citizen under our constitution and laws, consists of the right to locomotion, to go where one pleases, and when, and to do that which may lead to one's business or pleasure, only so far restrained as the rights of others may make it necessary for the welfare of all other citizens. . . .

"Any law which would place the keeping and safe conduct of another in the hands of even a conservator of the peace, unless for some breach of the peace committed in his presence, or upon suspicion of felony, would be most oppressive and unjust, and destroy all the rights which our Constitution guarantees." Pinkerton v. Verberg, 78 Mich 573, 584; 44 NW 579, 582-583 (1889).

"...those things which are considered as inalienable rights which all citizens possess cannot be licensed since those acts are not held to be a privilege." City of Chicago v. Collins, 51 N.E. 907, 910.

"The State cannot diminish rights of the people." Hertado v. California, 110 U.S. 516

"Under our system of government upon the individuality and intelligence of the citizen, the state does not claim to control him/her, except as his/her conduct to others, leaving him/her the sole judge as to all that affects himself/herself." Mugler v. Kansas 123 U.S. 623, 659-60.

"The assertion of federal rights, when plainly and reasonably made, is not to be defeated under the name of local practice."- Davis v. Wechsler, 263 U.S. 22, 24.

"The general rule is that an unconstitutional statute, though having the form and name of law, is in reality no law, but is wholly void and ineffective for any purpose, since its unconstitutionality dates from the time of its enactment... In legal contemplation, it is as inoperative as if it had never been passed... Since an unconstitutional law is void, the general principles follow that it imposes no duties, confers no right, creates no office, bestows no power or authority on anyone, affords no protection and justifies no acts performed under it... A void act cannot be legally consistent with a valid one. An unconstitutional law cannot operate to supersede any existing law. Indeed insofar as a statute runs counter to the fundamental law of the land, (the Constitution JTM) it is superseded thereby. No one is bound to obey an unconstitutional law and no courts are

bound to enforce it." Bonnett v. Vallier, 116 N.W. 885, 136 Wis. 193 (1908); NORTON v. SHELBY COUNTY, 118 U.S. 425 (1886). See also Bonnett v Vallier, 136 Wis 193, 200; 116 NW 885, 887 (1908); State ex rel Ballard v Goodland, 159 Wis 393, 395; 150 NW 488, 489 (1915); State ex rel Kleist v Donald, 164 Wis 545, 552-553; 160 NW 1067, 1070 (1917); State ex rel Martin v Zimmerman, 233 Wis 16, 21; 288 NW 454, 457 (1939); State ex rel Commissioners of Public Lands v Anderson, 56 Wis 2d 666, 672; 203 NW2d 84, 87 (1973); and Butzlaffer v Van Der Geest & Sons, Inc, Wis, 115 Wis 2d 539; 340 NW2d 742, 744-745 (1983). .

Laws that interfere with "fundamental rights" are "suspect" and demand "close scrutiny" by courts. Laws cannot simply be passed on whimsy, but there must be a "compelling state interest." Any law that would "chill" exercising a right is "patently unconstitutional." It is a well established right of the people "to be free to travel throughout the length and breadth of our land uninhibited by statutes, rules, or regulations which unreasonably burden or restrain this movement." Shapiro v Thompson, 394 US 618 (1969).

Unconstitutional enactments are treated as though they had never existed. For example, in one state alone, here are examples: Bonnett v Vallier, 136 Wis. 193, 200; 116 NW 885, 887 (1908); State ex rel. Ballard v Goodland, 159 Wis. 393, 395; 150 NW 488, 489 (1915); State ex rel. Kleist v Donald, 164 Wis. 545, 552-553; 160 NW 1067, 1070 (1917); State ex rel. Martin v Zimmerman, 233 Wis. 16, 21; 288 NW 454, 457 (1939); State ex rel. Commissioners of Public Lands v Anderson, 56 Wis. 2d 666, 672; 203 NW2d 84, 87 (1973); and Butzlaffer v Van Der Geest & Sons, Inc., Wis., 115 Wis. 2d 539; 340 NW2d 742, 744-745 (1983).

2.      Further, under CRS 42-2-101, it states;

Licenses for drivers required.

Except as otherwise provided in part 4 of this article for commercial drivers, no person shall drive any motor vehicle upon a highway in this state unless such person has been issued a currently valid driver's or minor driver's license or an instruction permit by the department under this article.

This statute states it involves commercial drivers, NOT private citizens NOT driving for hire or driving commercial vehicles. Either this statute is void for vagueness, because NO

statutory declaration is made regarding NON-commercial vehicles and NO presumption can be made with what ISN'T written, or it is clearly stating the facts... that ONLY commercial "drivers" are required to be licensed for the privilege of driving on public roads for commercial purposes, and the State allows the fraud to continue for financial gain (RICO violations-see below) and control of citizens.

In addition to a drivers' license NOT being required to have the right to drive a private vehicle for private business, the State of Colorado is illegally and unconstitutionally taxing its citizens for licensing and registrations of these rights. All legal taxes must fall under one of two classes of taxation... direct, according to apportionment, or indirect, according to uniformity. The tax paid for drivers' licenses and registrations must be either direct taxes, requiring apportionment amongst the population, or indirect, (excise taxes), which must be uniform across the state. Although a drivers' license could fall under the category of excise taxation if taxation of a right was constitutionally allowed, the law states that such a tax for a right is NOT allowed and that right cannot be infringed without any violation of the rights of others (damaged party) and only through Due Process. In addition, registration fees for private property which private vehicles are, is NOT uniformly taxed and is clearly unconstitutional.

# Constitutional and Case Law in support of this position:

The Constitution clearly defines only TWO forms of taxation:

Article I, Section 2, Clause 3; Representatives and direct Taxes shall be apportioned among the several States which may be included within this Union, according to their respective Numbers. These include taxes directly upon people or personal property. "...all duties, imposts and excises [indirect taxes], shall be uniform throughout the United States". [See Article I, Section 8, Clause 1.]. This is consistent with the Supreme Court's ruling in Knowlton v. Moore, 178 U.S. 41 (1900). Section 8 Clause 1: "The Congress shall have power to lay and collect taxes, duties, imposts and excises to pay the debts and provide for the common defense and general welfare of the United States: but all duties, imposts and excises shall be uniform throughout the United States."

Section 9, clause 4; No Capitation, or other direct, Tax shall be laid, unless in Proportion to the Census of Enumeration herein before directed to be taken.

"Thus, in the matter of taxation, the Constitution recognizes the two great classes of direct and indirect taxes, and lays down two rules by which their imposition must be governed, namely: the rule of apportionment as to direct taxes and the rule of uniformity as to duties, imposts and excises." Pollock v. Farmers' Loan & Trust Co. 158 U.S. 601, at 637 (1895).

"A tax levied upon property because of its ownership is a direct tax, whereas one levied upon property because of its use is an excise, duty or impost." - Manufactures' Trust Co. vs. U.S., 32 F. Supp. 289.

"The requirement to pay [excise] taxes involves the exercise of privilege." Flint v. Stone Tracey Company, 220 U.S. 107, 108 (1911).

"Ordinarily, all taxes paid primarily by persons who can shift the burden upon someone else, or who are under no legal (read Constitutional-JTM) compulsion to pay them, are considered indirect [excise] taxes. Pollock v. Farmers Loan & Trust, 157 U.S. 429 and 158 U.S. 601 (1895).

A citizen being "required" to obtain a "driver's license," according to case and constitutional law, is being indirectly taxed for the "privilege" of having State authority to do what is a NATURAL RIGHT, and is illegal. The right to freely travel in private vehicles for private business or pleasure is NOT a privilege, but it is being taxed as a privilege. The law is being violated and Colorado citizen's rights are being violated without full disclosure... contract fraud.

The requirement to yearly "register" our private vehicles, along with paying another tax is also illegal and unconstitutional for similar reasons. Registration fees are being enforced as direct taxation on our personal property, whether these vehicles are driven or not, which requires apportionment. If this registration is purely because of the "activity of driving," (a natural right, not privilege) then it would be an indirect tax which requires uniformity, which is NOT how it is being enforced.

Speed limits and other traffic control devices, being non-fact-based, are simply an unlawful tax or impost on travel, and thus unconstitutional. See Crandall v Nevada, 73 US 35; 18 L Ed (1867).


3.      The compulsory requirement for insurance, and seat belt use, is also unconstitutional and illegal. Common Law requires an injured party before a crime can exist. If there is no injured party, no damages done, in the process of driving a private vehicle, the defacto, "color of law" statute which requires performance, and then strips finances from citizens where no damage has been done when these hoops have been ignored, is fraud.


## Case Law in Support of this position:

"For a crime to exist, there must be an injured party. There can be no sanction or penalty imposed upon one because of this exercise of Constitutional rights."- Sherar v. Cullen, 481 F. 945.

See Standing, cross-reference


"THE CLAIM AND EXERCISE OF A CONSTITUTIONAL RIGHT CANNOT BE CONVERTED INTO A CRIME." - Miller v U.S., 230 F 2d 486. 489.


"...all laws which are repugnant to the Constitution are null and void." Marbury v Madison, 5 US 1803, (2 Cranch) 137, 174, 170.


"This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; ...shall be the supreme Law of the Land; and the judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding." Article six of the U.S. Constitution.


"Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them." - Miranda v. Arizona, 384 U.S. 436, 491.

All violations which receive citations claim that the "Peace and Dignity of the People of the State of Colorado" has been violated. There has never been ANY "Evidence in Fact" of this claim. Furthermore, I have NEVER provided authority for the State of Colorado to represent me, as one of "The People of the State of Colorado," in the thousands of such hearings and trials monthly. I reject such presumption, and claim that ONLY the "peace and dignity" of myself and other Colorado citizens has been and IS BEING damaged where such predatory, domestic terrorism exists to create fear and intimidation for financial gain, absent any real, tangible and proven damage and crime existing.

Manual for Uniform Traffic Control Devices mandates that ALL speed limit zones be scientifically, medically and safety engineered via studies to determine best speeds for road and area. This is NOT being complied with by most areas in Colorado in violation of law. Speed laws are presumed to be for safety. Presumption is NOT a basis for any statutory law and is void. Speed laws MUST be sound, reasonable and have facts supporting them.

## Case Law in Support of this position:

Constitutionally, "a statutory presumption cannot be sustained if there be no rational connection between the fact proved and the ultimate fact presumed." Tot v United States, 319 US 463, 467; 63 S. Ct. 1241, 1245, 87 L.Ed.2d 1519 (1943).

Traffic infractions are NOT crimes. Traffic charges are ex parte (From a one-sided or strongly biased point of view) and do not support the presumption that speeding is unsafe. See Jim Crockett Promotion Inc. v City of Charlotte, 706 F2d 486, 490-491 (CA 4, 1983).

"A rule cannot be simply invented or retained when challenged. It must be shown valid, or be struck down." Fox TV Station, Inc v FCC, Case No. 00-1222; _ US App DC _; 280 F3d 1027, 1034; 2002. US App LEXIS 2575; 30 Media L Rep 1705 (19 Feb 2002).

When laws such as invented maximum numeric limits lack rational basis, they are invalid, and must be stricken. See Industrial Union Department v American Petroleum Institute, 448 US 607; 100 S Ct 2844; 65 L Ed 2d 1010 (1980).

Montana Traffic fatalities and speed limit studies: The National Motorists Association conducted a 7 year study in which the showed that traffic fatalities doubled across the board for interstate highways and state highways where speed limits were imposed. During the 4 previous years of no speed limits, traffic fatalities were half that of the following 3 years where speed limits were unscientifically imposed. It seems obvious that speed limits are for revenue generation primarily, and with little or no real scientific, safety or engineering basis for them on highways. The year following this study (2002) Montana had the highest traffic fatalities in 20 years. Is this what Colorado leaders want for the citizens they serve? Is revenue worth killing people over? Statutory presumptions have NO basis in scientific, medical or engineering facts, and are unconstitutional. The above study reveals the truth about speed limit laws.

It is a fact that the State of Colorado has well over 6.5 Billion Tax dollars which belong to The People. These funds are hidden from the public in CAFR accounts which exist to create even more money for the State coffers through investments. The State does not NEED to unconstitutionally tax its citizens via defacto motor vehicle statutes, or most other statutes. This is a crime of fraud, and this "cooking of the books" continues yearly. This fact exists in ALL 50 states and is known by millions of people and growing. This will be made public soon, via a movie documentary, and all those accountable will be charged with violating the public trust and other charges.

## Supporting Evidence of CAFR accounts:

http://cafrman.com/Articles/Art-CO-S1.htm, and
http://CAFR1.com">http://CAFR1.com

If the State were honest in its fiscal, fiduciary duties, taxation on Colorado citizens would not exist and the standard of living level would rise considerably.

It appears that extortion and bribery are involved in the 20 day "offer" to reduce the point penalty on drivers if admission of guilt and payment is made within 20 days of citation date, and prior to any Court hearing. Why is said offer not applicable up to the Court date, allowing time to determine all legal issues and standings; i.e. what statutory documentation exists authorizing the Court or State to delay a speedy hearing well

beyond the "grace" period for reducing the "point" penalty, thereby not allowing a hearing before any expiration of the offer for point reduction. It is costly for persons who are presumed to be innocent to take time to defend themselves against charges, but the State has manipulated "action" so as to almost force people to admit guilt even where guilt is not evident in order to save money. Who benefits here.

The government of the State of Colorado is a servant government, first and foremost. It is dedicated to the true God of the universe whose laws supersede any manmade laws...

Preamble: "We, the people of Colorado, with profound reverence for the Supreme Ruler of the Universe, in order to form a more independent and perfect government; establish justice; insure tranquility; provide for the common defense; promote the general welfare and secure the blessings of liberty to ourselves and our posterity, do ordain and establish this constitution for the 'State of Colorado.'"

Human government in Colorado is "Of the People, By the People and For the People...

Article II, Section 1. Vestment of Political Power. "All political power is vested in and derived from the people; all government, of right, originates from the people, is founded upon their will only, and is instituted solely for the good of the whole."

The motor vehicle code is NOT complying with this element of the Colorado Constitution, and is therefore void in truth and law. (Other issues will be raised in due course). The statutory laws regarding driving created by the legislature are NOT for the good of the whole People, and are self-serving, fraudulent and serve primarily ONLY the State and its interests, the public servant, which has become overgrown and an outlaw agency in its present form of business conduct. The illegal license taxation against Colorado citizens is proof in point.

Colorado State must change to comply with the Constitutions, both State and U.S., or be at risk of abolishment as provided for in the Constitution. Colorado state has become a microcosm of the U.S. government in its illegal and unconstitutional control making Colorado citizens slaves (instead of sovereigns as they rightfully are) in their own "free" state...

Section 2. People may alter or abolish form of government proviso.

"The people of this state have the sole and exclusive right of governing themselves, as a free, sovereign and independent state; and to alter and abolish their constitution and form of government whenever they may deem it necessary to their safety and happiness, provided, such change be not repugnant to the constitution of the United States."

The present actions of Colorado state government are far from the intent of the founders of this country, and this Great state. Millions in Colorado will be preparing to bring this to the public consciousness in the near future, and I am asking... the People of Colorado are asking, that all who receive this Notice act according to their oath of office, and support the Constitution of the U.S. and Colorado, or be held legally liable as provided by law.

In conclusion, it is a violation of law to compel any citizen into a contract, or acceptance of any license for rights, where it is not legally required or is unconstitutional to do so. If private people freely contract with the State of Colorado and accept a "drivers' license," that is their right, but it MUST be done with FULL disclosure of the fact that in so doing they bind themselves to the statutory laws regarding driving which the license demands they comply with or be punished. I am rescinding any such contract with the State of Colorado in the form of any license I have been fraudulently compelled to obtain without full disclosure, and retain and hold all rights to travel freely in this state. I require an Apostille (or equivalent acknowledgment of my sovereignty) from the State of Colorado to the affect that I am free to travel in Colorado and that I require no license to do so as a free, private traveler, and that my state record will reflect this for any future traffic stops. It is understood under Common Law that where sufficient probable cause exists for a stop, or injured party complains, or a valid crime has occurred that I have been involved in causing, I am personally responsible.

This is a free nation, and a free, sovereign State, and a sovereign people, where these "People" rule, NOT the state. Our State Constitution so states, and I so stand as one who took an oath of office to defend and uphold the Constitution of the United states of America, and thus, the Colorado state constitution. Freedom MUST be defended since it cannot defend itself. This is Official Notice of these crimes, and where they are not refuted, all parties receiving this public notice are required to act on this Evidence in Fact or become criminally complicit.

The fact that "the People's" government is responsible for this sort of widespread extortion, racketeering, robbery, assaults, misuse of government processes to defraud and steal so much from one they not only swore an oath to protect, but who's duty it is for them to protect, is or should be, shocking.

Bobbie Brown has profited by Child Support Enforcement's illegal acts, and has failed to bring to light that she has been receiving way more in Support than was ordered, or the CSE even concealed the collection from her, just like they entered a court action, in Bobbie Brown's name, without her ever being aware that someone was using her name to, "under color of law, deprive someone of a federally protected Right", to wit, Bret Ingersoll. Bobbie Brown has also prevented Josie Ingersoll from contacting her father, even misrepresenting why I have been incommunicado , slandering my name, causing irreparable harm to my relationship with my daughter, all the while involved in this conspiracy.

I have repeatedly spoken with "case workers" on the subject of over-payment, and their "default answer" has always been. "Don't worry about it, it goes to your child/arrears," like that excuses gross negligence in properly accounting the amount owed, and monthly payments due. The accountants and paralegals entrusted with the Duty to collect Child Support should have shown due care and diligence, acted Professionally, and when reviewing my file, should have noticed that sometimes 6 times the amount was withheld, or that copies of judgment was being fraudulently passed off in 9 places, and for the full amount, or that these misrepresentations would lead to loss of my property in the way of vehicles due to "license suspensions," and coming up short on rent payments would deprive me of all my real property.


RICO Violations,

18 U.S.C. 1961 (1)

Section 1341 (relating to mail fraud)

Section 1503 (relating to obstruction of justice)

Section 1951 (relating to interference with commerce, robbery, or extortion),

Section 1952 (relating to racketeering),

Section 1956 (Laundering of monetary instruments)

Section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity)

The State of Colorado obtains large financial gain from these unfair, unethical and unconstitutional statutory procedures, in way of not only the license and registration fees, but the fines where violations of these and other "defacto" laws have been supposedly violated, yet where no damaged party exists. Judges are biased employees of the State and receive financial consideration for supporting enforcement/traffic citations. The State of Colorado receives federal funding to hunt "deadbeat dads." Because of this, the State of Colorado's actions in demanding and enforcing statutes for child support and private motor vehicles is in violation of plaintiff's civil rights, and is in violation of the RICO (Racketeering) laws, fulfilling the four requirements for a RICO crime to exist as follows:

a). Association In Fact; two people acting together (knowingly or unknowingly) which affects Interstate Commerce...

This is quite apparent, as many "case workers" have been on my case, as well as the motor vehicle division and the Denver Police Department. The actions in private motor vehicle statutes and child support enforcement clearly constitute financial fraud, which is supported by multiple layers of "associations" with the primary intent of taking assets from citizens and profiting the State where NO damage to any party has occurred, OR NO damage to the "peace and dignity" of Colorado Citizens has been proven in the slightest. This commerce affect need only be $1.00 in loss which could be used for commerce elsewhere in the country to fulfill this requirement.

b). Two or more similar acts of fraud, mail fraud or extortion having occurred...

The actions have been ongoing, as proven by the millions of licenses and registrations which are issued yearly, via U.S. Mail, and which many more than "two similar acts" have occurred to me personally. Forty separate transactions, over and above what is illegally secured via "misrepresenting" my arrears in the first place.

c). Money or property deprivation...

This is self-evident in correspondence, license, registration fees, court proceedings, fines as well as costs of time and loss of work income, etc. And there is almost $6000.00 in wages, a 1998 Chevy Suburban, 1999 Honda Accord, and around $20,000.00 in property. The Rights I have been deprived of have been total, so many times I can't count.

d). Pattern is likely to continue.

Pattern has been continuing for many decades and is growing worse. The only way it will stop is for the Rule of Law to be enforced and for Constitutional rights to be enforced... In other words, people's oath of office must be obeyed and not violated, which simply creates even more criminal events in the way of treason against the American People.

I also wish to challenge the constitutionality of collection proceedures for arrears, as I believe that these must be as illegal as the rest of their extortion operation. It will throw light on exactly what level they have taken this to.

As a normal creditor who can only take 25%, or 1/4th of net income, a child support creditor may take 65% or 2/3rds of gross income. That's 2.5 times the 'constitutional' amount allowed by law for non-support creditors. If 25% is the constitutional limit for creditors, then 2.5 times that must be unconstitutional.

Also, they may take 1/24th of the 'arrears' as a payment every month in addition to the monthly order. This added to the already astronomical amount coupled with the "enhanced" collection proceedures violates my Rights in property. This arbitrary deprivation of 4th Amendment, and Constitutional Rights, too many to list again, is done directly with my employers through threats and coercion and the only redress is a lawsuit. This violates due process and is a gestapo like abuse of the police power, as it is unreasonable and illegal, as it violates due process clause of the 5th & 14th Amendments. Then they may take all state issued licenses and liquidate all assets, as well as steal directly from my employers, without any due process. They say that I may modify the order, yet interfere with the paperwork so as to deny me access to the courts, as this is done through their office, instead of the court.

I contend that this violates my constitutional rights in property, as my wages are mine exclusively, and I receive nothing in the way of consideration back as I am prevented from seeing or talking to my daughter. This arbitrary loss of Rights as a father, wages, vehicles, and the emotional stress of being without contact to my daughter has caused me traumatic psychological damage. These deprivations have kept me homeless, degraded, and destitute.

CRIMES;
18 USC 32,
-destruction of motor vehicles
18 USC 35,
-imparting or conveying false information
18 USC 241,
-conspiracy against rights
18 USC 242,
-deprivation of rights under color of law
18 USC 245,
-federally protected activities

18 USC 285,
-taking or using papers relating to claims
18 USC 286,
-conspiracy to defraud the govt with respect to claims
18 USC 287,
-false, fictitious, or fraudulent claims
18 USC 373
-solicitation to commit a crime of violence
18 USC 1341 (relating to mail fraud)

18 USC 1503 (relating to obstruction of justice)

18 USC 1951 (relating to interference with commerce, robbery, or extortion),

18 USC 1952 (relating to racketeering),

18 USC 1956 (Laundering of monetary instruments)

18 USC 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity)

42 USC 1981 (relating to equal rights under the law)

42 USC 1982 (relating to property rights of citizens)

42 USC 1983 (civil action; deprivation of rights)

42 USC 1986 (civil action for deprivation of rights)

42 USC 1987 (relating to governments liability and bearing the costs of prosecuting civil rights cases)

42 USC 1988 (relating to jurisdiction of federal courts in civil rights cases)

42 USC 2000; Equalization (A State shall not be immune under the 11th amendment…for unconstitutional acts…)

And many more, many more.


Colorado Constitution

Section 3.  All persons have certain natural, essential and inalienable rights, among which may be reckoned the right of enjoying and defending their lives and liberties; of acquiring, possessing and protecting property; and of seeking and obtaining their safety and happiness.

Section 14. That private property shall not be taken for private use, unless by consent of the owner, except for private ways of necessity, and. except for resorvoirs, flumes or ditches on or across the lands of others, for agricultural, mining, milling, domestic or sanitary purposes.

Section 15. That private property shall not be taken or damaged, for public or private use, without just compensation. Such compensation shall be ascertained by a board of commissioners, of not less than three freeholders, or by a jury, when required by the owner of the property, in such manner as may be proscribed by law, and until the same shall be paid to the owner, or into court for the owner. The property shall not be needlessly disturbed, or the proprietary rights of the owner therein divested; and whenever an attempt is made to take private property for a use alleged to be public, the question whether the contemplated use be really public, shall be a judicial question, and determined as such without regard to any legislative assertion that the use is public

Section 25. That no person shall be deprived of life, liberty, or property, without due process of law.

Section 26. That there shall never be in this State either slavery or involuntary servitude, except as punishment for crime, whereof the party shall have been duly convicted.

Section 27. Aliens, who are or who may hereafter become bona fide residents of this State, may acquire, inherit, possess, enjoy and dispose of property, real and personal, as native born citizens.

Section 28. The enumeration in this Constitution of certain Rights shall not be construed to deny, impair, or disparage others retained by the people.

It seems to me that the Colorado Constitution seems very clear on the point of private property as a Protected Right, as well as clearly stating the only ways to obtain that property lawfully. The State of Colorado, via El Paso County Child Support Enforcement, the Family Support Registry, the Department of Revenue, and Denver Police Department, has created an extortion racket that rivals that of the Mob. First, they arbitrarily remove my right to property, and the right to transport that property. Because Bobbie Brown is unwilling to work, the State of Colorado seems to think that my "obligation" to my daughter means they may divest me of all my real property and assets, because I am a working, responsible "deadbeat dad", who should pay mom's way through life. Then they use the US mail to defraud me of my lawfully owned property, in wages, by informing my employer that they will owe money/jail time if they refuse. This

amounts to extortion. So I, who naturally feels a certain obligation to pitch in, goes along with it. But I lose my job, and file a motion to modify, through the CSE, who then never gets back to me, while denying the motion. This amounts to obstruction. While I spend time appealing denial of my unemployment, unable to find work, all my bills pile up. Finally, when I win the appeal, CSE takes most of my award, thereby causing me to lose my Chevy Suburban, as paying rent was all that was left. They also take my drivers' license, which I was never informed of, in violation of due process, which "notice and a chance to defend" was never giving to me. The Right to Travel is Constitutionally protected, yet I am deprived arbitrarily of these Rights, which violates due process and is unconstitutional on its face. After a year of unemployment, I was interviewed by news people from Channel 7 News, which was aired on World News with Dianne Sawyer twice, in which it was said that I have been unemployed over a year, and the Gov't was going to kick everyone off who had been collecting benefits over a year. I purchased a 99 Honda Accord with what was to be my last check. I was pulled over a couple of weeks later, and Denver Police stole my private auto for "willful failure to pay child support". Aren't they taking it straight out my unemployment check? I think that I can prove that they were. Soon I get a job, but I wasn't getting hours, and I get more employers, trying to offset my garnishment and lack of hours. But "case workers" from CSE send garnishment orders to every one of them, and for the full order. This amounts to fraud, theft, and extortion. Plus they attach my income taxes returns. So now they conceal the illegally obtained funds in FSR account number**********, under Josie or Bobbie, I'm not even sure which, good as they are at it. Every time I enquire as to why they take so much, the answer is "don't worry, it goes to your arrears! Or it goes to your kid." That is not a legal/lawful defense to gross negligence in properly acounting the amount owed or due. Anyone in the accounting field should have caught the fact that up to six times my monthly order was received. Legal professionals should know that sending so many copies of full judgments to so many of my employers constitutes fraud, forgery, theft. Hiding the proceeds from unlawful activity in accounts allegedly opened for legitimate support for my daughter constitutes a crime far worse than the gestapo like methods used to liberate my rights and property.

Cases in point

TITLE 42 > CHAPTER 21 > SUBCHAPTER V > § 2000d–7. Civil rights remedies equalization
(a) General provision

(1) ▯ A State shall not be immune under the Eleventh Amendment of the Constitution of the United States from suit in Federal court for a violation of section 504 of the Rehabilitation Act of 1973 [29 U.S.C. 794], title IX of the Education Amendments of 1972 [20 U.S.C. 1681 et seq.], the Age Discrimination Act of 1975 [42 U.S.C. 6101 et seq.], title VI of the Civil Rights Act of 1964 [42 U.S.C. 2000d et seq.], or the provisions of any other Federal statuwte prohibiting discrimination by recipients of Federal financial assistance.

Title 42

Parallel authorities (CFR)

(2) ◻ In a suit against a State for a violation of a statute referred to in paragraph (1), remedies (including remedies both at law and in equity) are available for such a violation to the same extent as such remedies are available for such a violation in the suit against any public or private entity other than a State.

(b) Effective date

The provisions of subsection (a) of this section shall take effect with respect to violations that occur in whole or in part after October 21, 1986.


HAFER v. MELO et al

502  U.S. 21 (1991)

By contrast, officers sued in their personal capacity come to court as individuals.


   Through sec. 1983 , Congress sought "to give a remedy to parties deprived of constitutional rights, privileges and immunities by an official 's abuse of his positions." Monroe v. Pape, (365 U.S. 167, 172(1961).  Accordingly, it authorized suits to redress deprivations of civil rights by persons acting " under color of any state statute, ordinance, regulation, custom, or usage." 42 U.S. C. Sec. 1983


Title 18 chapter 241,conspiracy against rights;

3) Depriving persons of rights or privileges

If two or more persons in any State or Territory conspire or go in disguise on the highway or on the premises of another, for the purpose of depriving, either directly or indirectly, any person or class of persons of the equal protection of the laws, or of equal privileges and immunities under the laws; or for the purpose of preventing or hindering the constituted authorities of any State or Territory from giving or securing to all persons within such State or Territory the equal protection of the laws; or if two or more persons conspire to prevent by force, intimidation, or threat, any citizen who is lawfully entitled to vote, from giving his support or advocacy in a legal manner, toward or in favor of the election of any lawfully qualified person as an elector for President or Vice President, or as a Member of Congress of the United States; or to injure any citizen in person or property on account of such support or advocacy; in any case of conspiracy set forth in this section, if one or more persons engaged therein do, or cause to be done, any act in furtherance of the object of such conspiracy, whereby another is injured in his person or property, or deprived of having and exercising any right or privilege of a citizen of the United States, the party so injured or deprived may have an action for the recovery of

damages occasioned by such injury or deprivation, against any one or more of the conspirators.

TITLE 42 > CHAPTER 21 > SUBCHAPTER I > § 1983. Civil action for deprivation of rights

Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia

Of course, a state official in his or her official capacity, when sued for injunctive relief, would be a person under §1983 because "official-capacity actions for prospective relief are not treated as actions against the State." Kentucky v. Graham, 473 U.S. at 473 U. S. 167, n. 14; Ex parte Young, 209 U. S. 123, 209 U. S. 159-160 (19
On the other hand, although, prospective relief awarded against a state officer also "implicate[s] Eleventh Amendment concerns," Mansour, 474 U.S. at 474 U. S. 68, the interests in "end[ing] a continuing violation of federal law," ibid., outweigh the interests in state sovereignty and justify an award under § 1983 of an injunction that operates against the State's officers or even directly against the State itself. See, e.g., Papasan, supra, at 478 U. S. 282; Quern v. Jordan, 440 U. S. 332, 440 U. S. 337 (1979); Milliken v. Bradley, 433 U. S. 267, 433 U. S. 289 (1977)

1. In Monroe v. Pape, supra, after examining the legislative history of the Civil Rights Act of 1871, now codified as 42 U.S.C. § 1983, and particularly the rejection of the so-called Sherman amendment, the Court held that Congress, in 1871, doubted its constitutional authority to impose civil liability on municipalities, and therefore could not have intended to include municipal bodies within the class of "persons" subject to the Act. Reexamination of this legislative history compels the conclusion that Congress, in 1871, would not have thought § 1983 constitutionally infirm if it applied to local governments. In addition, that history confirms that local governments were intended to be included among the "persons" to which § 1983 applies. Accordingly, Monroe v. Pape is overruled insofar as it holds that local governments are wholly immune from suit under § 1983. Pp. 436 U. S. 664-689.

2. Local governing bodies (and local officials sued in their official capacities) can, therefore, be sued directly under § 1983 for monetary, declaratory, and injunctive relief in

those situations where, as here, the action that is alleged to be unconstitutional implements or executes a policy statement, ordinance, regulation, or decision officially adopted or promulgated by those whose edicts or acts may fairly be said to represent official policy. In addition, local governments, like every other § 1983 "person," may be sued for constitutional deprivations visited pursuant to governmental "custom" even though such custom has not received formal approval through the government's official decisionmaking channels. Pp. 436 U. S. 690-691.

These examples seem to say that the Supreme Court takes violations of citizens Civil Rights very seriously, and that they have fashioned a remedy, "action at law, in equity, ect."

## Affidavit of Truth

I, Bret Ingersoll, do hereby certify the following:

That I have not received any documentation, nor can I locate in state statutory records, any law which requires a private citizen to be required to obtain and use a Colorado drivers' license, even despite two separate requests to the DMV, under the Colorado Open Records Act, which I received no written response to.

Under the Colorado Open Records Act, I was denied access to my records at Elpaso County Child Support inforcement, as soon as they printed the payment history, I was prevented twice afterwoods and I would ask that in discovery.

Ihave not received any documentation proving that driving is a privilege, and is NOT a right, and that a so-called "drivers' license" can be legally and constitutionally required and taxed in order to travel in these united States.

I have not received any documentation showing legal rights for the state to register my personal property, which I use in my personal capacity, and to charge another tax for this.

I have not received any documentation showing that the taxes being extracted for license and registration are, in fact, legal and constitutional.

I have not received any documentation showing that statutory laws overrule Constitutional law or Common Law.

I have not received any documentation showing the State of Colorado has the legal authority to represent me, one of the "People of" Colorado State (whose "peace and dignity has supposedly been damaged by traffic infractions), in any court in Colorado for ANY traffic infraction against other Colorado citizens, and I refute such authority.

I have not received any documentation proving that I am NOT one of the "People of" Colorado State, where I may be a defendant in such a traffic action, thereby being, legally, plaintiff AND defendant, which is illegal and improper, and reveals the fraud and "show" traffic enforcement has become.

I have not received any documentation that it is legal to send 8 copies of the same judgment to 8 different employers, in effect garnishing 8 times my monthly support order.

Nor have I found evidence that my arrears amounted to $38,400.00, which is what it would have to be to legally take $1,600.00 more than my $457.00 Order, which is illegal and has been since I became unemployed.

I have not received any evidence that gives the agents of the State of Colorado the authority to inflict peonage and involuntary servitude, which the 13th and 14th amendments strictly prohibit, and the defendants actions seem destined to place me there.

I have no proof that these actions are not discriminatory, negligent, willfull, malicious, intentional, knowing, and unconstitutional.

I have not received any proof that the overall effect of all these people, using the vast communication and "legal process" that their "official office" has at their disposal has allowed Defendants to commit way more drastic violation of Plaintiffs Rights comparable to the violations the civil rights act was supposed to provide a remedy against!

I, Bret Ingersoll, certify that to the best of my knowlege these facts are true and correct, and that the suppositions in this complaint represent an honest account as I have lived it.

(Respectfuly given,)

Without prejudice, all rights reserved(UCC-1-207/306)

_Bret Ingersoll_                    10/25/11

Bret Ingersoll,

I AM CURRENTLY HOMELESS, SO A FRIEND
WILL ACCEPT MAIL FOR ME AT;
C/o JOSH MULRONEY
5115 TEJON ST.
DENVER Co, 80221