**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-02779-BNB
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

BRET INGERSOLL,

    Plaintiff,

v.

EL PASO COUNTY CHILD SUPPORT ENFORCEMENT UNIT,
CITY OF DENVER, DENVER POLICE DEPARTMENT,
STATE OF COLORADO, DEPARTMENT OF REVENUE, DRIVER'S LICENSE
    BUREAU,
STATE OF COLORADO, DEPARTMENT OF MOTOR VEHICLES, LICENSE AND
    REGISTRATION BUREAU,
IRS,
STATE OF COLORADO, DEPARTMENT OF REVENUE, TAX DIVISION,
MS. BOBBIE BROWN,
+8 JOHN DOE, El Paso County CSU Case Workers,
+1 JOHN DOE, El Paso CSE Case Worker,
+1 JOHN DOE, Denver Policeman,
+1 JOHN DOE, DMV Official,
STATE OF COLORADO, DEPARTMENT OF LABOR/UNEMPLOYMENT,
STATE OF COLORADO DEPARTMENT OF HUMAN SERVICES,
THE JUDGE,
THE FAMILY SUPPORT REGISTRY,
REGGIE BICHA, Executive Director of the State of Colorado, Department of Human
    Services, and
ROB WELLS, President, Young Williams Child Support Services,

    Defendants.

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

Plaintiff has submitted a "Complaint For Monetary, Declaratory, and Injunctive Relief" and a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.

As part of the court's review pursuant to D.C.COLO.LCivR 8.1, the court has determined that the submitted documents are deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers that the Plaintiff files in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:
(1) ___ is not submitted
(2) ___ is not on proper form (must use the court's current form)
(3) ___ is missing original signature by Plaintiff
(4) ___ is missing affidavit
(5) ___ affidavit is incomplete
(6) _X_ affidavit is not notarized or is not properly notarized
(7) ___ names in caption do not match names in caption of complaint, petition or application
(8) _X_ other: Motion is necessary only if $350.00 filing fee is not paid in advance.
**Complaint or Petition**:
(9) ___ is not submitted
(10) _X_ is not on proper form (must use the court's current form)
(11) ___ is missing an original signature by the Plaintiff
(12) ___ is incomplete
(13) ___ uses et al. instead of listing all parties in caption
(14) ___ names in caption do not match names in text
(15) _X_ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16) ___ other _____

Accordingly, it is

ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Plaintiff shall obtain the court-approved Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Complaint forms, along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED November 2, 2011, at Denver, Colorado.

                                            BY THE COURT:

                                            s/ Boyd N. Boland
                                            United States Magistrate Judge